**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Julie Dalton, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Shinesty, Inc.,<br><br>Defendant. | Civil Case No.: 26-cv-3388(ECT/DLM)<br><br>**CONSENT MOTION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT** |

Pursuant to Fed. R. Civ. P. 6(b), Plaintiff moves for a thirty (30) day extension for Shinesty, Inc. to respond to the Complaint from October 1, 2026 to November 2, 2026. Pursuant to Local Rule 6.1, Pursuant to Local Rule 6.1, good cause exists for the extension to permit counsel for the parties to have additional discussions regarding the claims at issue in the litigation before the response due date.

All parties have consented to this request. The requested extension will not affect any other deadlines. There are presently no scheduled conferences in this action.

Respectfully Submitted,

Dated: October 1, 2026

**THRONDSET MICHENFELDER, LLC**

*/s/Jason D. Gustafson*
Chad A. Throndset (#0261191)
Patrick W. Michenfelder (#024207X)
Jason D. Gustafson (#0403297)
80 South 8th Street, Suite 900
Minneapolis, MN 55402
Tel: (763) 515-6110
chad@throndsetlaw.com
pat@throndsetlaw.com
jason@throndsetlaw.com
*Attorneys for Plaintiff*