THRONDSET MICHENFELDER LAW OFFICE LLC

80 South 8th Street
Suite 900
Minneapolis, MN 55402
Ph :763.515.6110
Fax : 763.226-2515
www.tmlawmn.com
jason@throndsetlaw.com

October 30, 2026

The Honorable Eric C. Tostrud
United States District Court
316 N. Robert Street
St. Paul, MN 55101

**Re: Julie Dalton v. Shinesty, Inc.**
**Case No.: 26-cv-3388(ECT/DLM)**

Your Honor:

I am pleased to inform the Court that the parties have reached a resolution of the above matter. It is anticipated that a Notice of Dismissal will be filed with the Court soon.

Given this development, the parties request that all current deadlines be stricken. If you have any questions, please feel free to contact my office.

Respectfully Submitted,

*/s/Jason D. Gustafson*

Jason D. Gustafson, Esq.

JDG/tjs

cc: All counsel of record
Clients